AO 243 (Rev. 01/15)                                                                                          Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | S.D. W. VA, Charleston |
|---|---|---|
| Name (under which you were convicted): Daymeon D. Johnson | | Docket or Case No.: 2:16-00163 / 2:19-0652 |
| Place of Confinement: FCI Butner II | | Prisoner No.: 14368-088 |
| UNITED STATES OF AMERICA    V. | | Movant (include name under which convicted) Daymeon D. Johnson |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Southern District of West Virginia, Charleston

   FILED SEP 11 2019
   RORY L. PERRY II, CLERK
   U.S. District Court
   Southern District of West Virginia

   (b) Criminal docket or case number (if you know): 2:16-cr-00163-1

2. (a) Date of the judgment of conviction (if you know): 5/9/17
   (b) Date of sentencing: 4/4/17

3. Length of sentence: 168 mths

4. Nature of crime (all counts): Ct-1 Conspiracy to distribute a quantity of heroin
   Ct-2 Distribution of a quantity of heroin

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   Plead guilty to count 1 and all others were dismissed

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: __4th Circuit of Appeal__
   (b) Docket or case number (if you know): __18-4082__
   (c) Result: __Affirmed__
   (d) Date of result (if you know): __10/5/18__
   (e) Citation to the case (if you know): __738 Fed App'x 802__
   (f) Grounds raised: __The court erred in sentencing__

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): __NA__
      (2) Result: ____
      (3) Date of result (if you know): ____
      (4) Citation to the case (if you know): ____
      (5) Grounds raised:

      __NA__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __NA__
        (2) Docket or case number (if you know): ____
        (3) Date of filing (if you know): ____
        (4) Nature of the proceeding: ____
        (5) Grounds raised: ____
        __NA__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐    N A

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket of case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:
        N A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐

    (7) Result:      N A

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☒

    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
    N A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** <u>The Sentence was imposed in violation of the US Constitution and laws thereof and Requires the Resentencing</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached brief

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
      Counsel failed to file a Merits brief and raise

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: NA
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

      NA

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐    NA
   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐    NA
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐    NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Counsel failed to file and raise

**GROUND TWO:** The sentencing and appeal counselors were both ineffective

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached brief

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
4th Circuit standards requires the IAC to be raised in 2255

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed:
NA

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):
NA

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   NA

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   NA

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
NA

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):
NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Claims of IAC are properly raised on 2255 forums

**GROUND THREE:** NA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA

Case 2:19-cv-00652 Document 1 Filed 09/11/19 Page 7 of 14 PageID #: 7
AO 243 (Rev. 01/15)                                                                                     Page 8

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

   NA

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:         NA
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

   NA

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐    NA
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐    NA
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐    NA

   (6) If your answer to Question (c)(4) is "Yes," state:
   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):
                                        NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

NA

**GROUND FOUR:**     NA

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA

    (b) **Direct Appeal of Ground Four:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☐    No ☐    NA

       (2) If you did not raise this issue in your direct appeal, explain why:

NA

    (c) **Post-Conviction Proceedings:**

       (1) Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☐    No ☐    NA

       (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:
NA

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
NA

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   NA

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   NA

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   NA

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:
NA

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

  Counsel failed to raise

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   NA

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:
    John McGhee

    (b) At the arraignment and plea:
    same

    (c) At the trial:
    NA

    (d) At sentencing:
    same

    (e) On appeal:
    John Carr

    (f) In any post-conviction proceeding:
    NA

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    NA

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐
    NA

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The petitioner's Direct Appeal was not made final until Oct. 2018 and therefore, he is timely filed.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

To Vacate the Sentence and remove the Additional Findings, as well as Grant the Resentencing and 2 Evidentiary Hearings

or any other relief to which movant may be entitled.

_____NA_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  9 / 9 /2019
(month, date, year)

Executed (signed) on  9/ 9 /2019  (date)

Daymeon D. Johnson
Mr. Daymeon D. Johnson
Signature of Movant #14368-088

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

NA

Mr. Daymeon D. Johnson
Fed No. 14368-088
FCI Butner II
Federal Correction
Institution
PO Box 1500
Butner, NC 27509

Legal Mail

◇ 14368-088 ◇
Robert C Byrd Us Courthouse
300 Virginia ST E
ROOM 2400
Charleston, WV 25301
United States



RECEIVED
SEP 11 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

